UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JEREMY STEVEN JABLONSKI,<br><br>  Defendant. | CASE NO. CR04-355-JCC<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE<br>AS TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on July 26, 2007. The United States was represented by Michael Lang. The defendant was represented by Carol Koller.

## CONVICTION AND SENTENCE

The defendant had been convicted of Sexual Abuse of a Minor on or about June 17, 2005. The Honorable John C. Coughenour of this court sentenced Defendant to 12 months of confinement, followed by 2 years of supervised release. An amended judgment was entered on July 26, 2005, amending sentence to 12 months and one day, with 2 years supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

In a violation report dated April 10, 2007, U.S. Probation Officer Angela McGlynn alleged that Defendant violated the conditions of supervised release in the following respect:

(1) Failing to satisfactorily participate in a residential reentry center program, as of April 6, 2007, in violation of the special condition that he reside in and

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

satisfactorily participate in a residential reentry program as a condition of supervision for up to 180 days.

A supplemental violation report dated May 4, 2007 was filed, alleging an additional violation of supervised release:

    (2)    Committing the crime of aggravated assault on April 17, 2007, in violation of the general condition that he not commit another federal, state, or local crime.

I advised the defendant of these charges and of his constitutional rights. Defendant admitted violation number one and waived any hearing as to whether it occurred. The defendant denied violation number two. An evidentiary hearing regarding violation number two was scheduled before the Honorable Mary Alice Theiler for August 22, 2007. Just two days prior to the scheduled hearing, AUSA Bruce Miyake advised the Court that the Government would be withdrawing violation number 2.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the Court find that Defendant has violated a condition of his supervised released as alleged in violation number one. The matter has been set for a disposition hearing before the Honorable John C. Coughenour.

Defendant has been detained pending a final determination by the Court.

DATED this 22nd day of August, 2007.

MONICA J. BENTON
United States Magistrate Judge

cc:    Sentencing Judge    :    Hon. John C. Coughenour
        Assistant U.S. Attorney    :    Michael Lang
        Defense Attorney    :    Carol Koller
        U. S. Probation Officer    :    Angela McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-