UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR04-355-JCC |
| Plaintiff, ) | |
| v. ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| JEREMY STEVEN JABLONSKI, ) | |
| Defendant. ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on May 12, 2008. The United States was represented by AUSA Bruce Miyaki and the defendant by Carol A. Koller. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 17, 2005 by the Honorable John C. Coughenour on a charge of Sexual Abuse of a Minor, and sentenced to 12 months custody, 2 years supervised release. (Dkt. 38). An amended judgment was entered on July 26, 2005, amending the sentence to 12 months and one day, 2 years supervised release. (Dkt. 40).

The conditions of supervised release included the standard conditions plus the requirements that defendant not possess any firearms, submit to mandatory drug testing, participate in a drug dependency/narcotic addiction treatment and testing program as directed, submit to search,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

participate in a mental health/sexual offender program which may include a sexual deviancy program, actively participate and make reasonable progress in such program, refrain from the use of alcohol and enter into an alcohol treatment program, have no contact with minor children without the permission of probation officer, follow all lifestyle restrictions or treatment requirements imposed by the defendant's therapist, and do not go to or reside in places where minors are known to frequent without permission of probation officer.

On February 3, 2006 the defendant admitted to violating the conditions of supervised release by failing to participate in a sexual offender treatment program, failing to complete 120 days of electronic home monitoring, and failing to report contact with law enforcement. (Dkt. 42). He was sentenced to time served. Supervised release was re-imposed for a period of 24 months. (Dkt. 49).

On July 5, 2006, defendant admitted to violating the conditions of supervised release by consuming alcohol and committing the crime of assault fourth degree. (Dkt. 53.) The conditions of supervision were modified to require defendant to attend and complete a 60-day inpatient treatment program at Pioneer Center North. (Dkt. 61.) On January 8, 2007, the conditions of supervised release were modified to require satisfactory participation in a residential reentry center program for up to 180 days. (Dkt. 62.)

On July 26, 2007, defendant admitted violating the conditions of supervised release by failing to satisfactorily participating in a Residential Reentry Center program. (Dkt. 71.) Defendant was sentenced to six months in custody and 24 months supervised release. (Dkt. 78, 81.)

In an application dated April 17, 2008, U.S. Probation Officer Angela M. McGlynn

reported the following alleged violations of the conditions of supervised release:

    1.    Consuming alcohol on or before March 24, 2008, in violation of the special condition prohibiting the defendant from consuming alcohol.

    2.    Changing residence without permission on or about March 28, 2008, in violation of the standard condition that requires the defendant to notify the probation officer at least 10 days prior to changing residence or employment and the special condition that requires the defendant's residence to be approved in advance by the probation officer.

    3.    Committing the crime of assault on or about April 5, 2008, in violation of the standard condition that prohibits the defendant from committing another state, federal or local crime.

    4.    Having contact with minors on or before April 16, 2008, in violation of the special condition that prohibits the defendant from having any contact with children under the age of 18, unless approved by the probation officer.

    5.    Committing the crime of driving while license suspended 3rd degree on or about April 16, 2008, in violation of the standard condition that prohibits the defendant from committing another state, federal, or local crime.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violations 1, 2, 4, and 5 and waived any evidentiary hearing as to whether they occurred. The government moved to dismiss alleged violation 3. The government will recommend a sentence of between 6-9 months in custody, followed by termination of supervised release.

I therefore recommend the Court find defendant violated his supervised release as alleged

in violations 1, 2, 4 and 5, and that the Court conduct a hearing on that violation limited to the issue of disposition. I recommend the Court dismiss alleged violation 3.

Pending a final determination by the Court, defendant is detained.

DATED this 12th day of May, 2008.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:          Honorable John C. Coughenour
      AUSA:                    Bruce Miyaki
      Defendant's attorney:    Carol A. Koller
      Probation officer:       Angela M. McGlynn